■ CONSTANCE LIPKIN et al., Appellants, v. MURRAY ZEIGLER, Doing Business as ALFRED MAURICE HAIRDRESSERS et al., Respondents.— Motions by respondent Clairol, Inc., in which respondent Zeigler joins, to dismiss appeals granted; appeals dismissed. Kleinfeld, Acting P. J., Brennan, Hill and Hopkins, JJ., concur; Rabin, J., not voting.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ARTHUR BRAITHWAITE, JR., Appellant.— Motion by appellant to vacate order dated September 24, 1962, dismissing his appeal from a judgment of conviction, granted; order vacated; appeal ordered on the calendar for the February Term, beginning January 28, 1963. The appeal will be heard on the original papers and on appellant's typewritten brief, which should contain a copy of the opinion, if any, rendered by the court below. Appellant is directed to file six copies of his typewritten brief and to serve one copy on the District Attorney. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ ERMALEE ADAMS, Respondent, v. JOHN L. LEON, JR., Appellant.— Motion by appellant for a stay, pending appeal, granted, on condition that appellant perfect the appeal and be ready to argue or submit it at the February Term, beginning January 28, 1963; appeal ordered on the calendar for said term. The record and appellant's brief must be served and filed on or before January 2, 1963. Beldock, P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ JOSEPHINE CANNON et al., Appellants, v. MAXIMILLIAN RICHARD PFLEIDER et al., Respondents.— Motion by appellants to vacate and set aside stipulation of discontinuance, granted; stipulation vacated and appeal ordered on the calendar for the February Term, beginning January 28, 1963. The record and appellants' brief must be served and filed on or before January 2, 1963. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

■ In the Matter of GEORGE BUBITCH, Deceased. ANNA GREENSPAN, Appellant; WILLIAM KOLODNY, Respondent.— Motion by appellant to vacate dismissal of appeal and for other relief, denied. Kleinfeld, Acting P. J., Brennan, Hill, Rabin and Hopkins, JJ., concur.

# (November 19, 1962)

■ VITO ARENA, III, an Infant, by His Guardian ad Litem, VITO ARENA, JR., et al., Respondents, v. EMIL DEUTSCH et al., Appellants.— In a negligence action to recover damages for personal injury, medical expenses and loss of services, defendants appeal from an order of the Supreme Court, Queens County, dated July 23, 1962, which granted plaintiffs' motion for summary judgment and directed an assessment of the damages. Order reversed, without costs, and motion denied. In our opinion triable issues of fact are presented which require a trial. Ughetta, Acting P. J., Kleinfeld, Christ, Brennan and Rabin, JJ., concur.